UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CALVIN C. CALDWELL, JR., | ) | CASE NO. 1:15 CV 123 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| TAMMY R. MCGHEE, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

On January 20, 2015, *pro se* Plaintiff Calvin C. Caldwell, Jr., an inmate at the Mansfield Correctional Institution, filed this *in forma pauperis* action against Defendant Tammy K. McGhee. Plaintiff alleges in the Complaint that Defendant, a court reporter, did an unprofessional job preparing a transcript of Plaintiff's criminal proceedings. Plaintiff paid $1300 for the transcript, and asserts Defendant is liable for breach of contract.

Although *pro se* pleadings are liberally construed, *Boag v. MacDougall*, 454 U.S. 364, 365 (1982) (per curiam); *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the district court is required to dismiss an action under 28 U.S.C. § 1915(e) if it fails to state a claim upon which relief can be granted, or if it lacks an arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319 (1989); *Lawler v. Marshall*, 898 F.2d 1196 (6th Cir. 1990); *Sistrunk v. City of Strongsville*, 99 F.3d 194, 197 (6th Cir. 1996).

Even construing the Complaint liberally, there are no allegations suggesting a proper basis

for this Court's jurisdiction. Plaintiff does not invoke a federal statute in support of his claim, and the amount of damages sought does not fall within the jurisdictional minimum necessary to support a claim based on diversity of citizenship. 28 U.S.C. § 1332. This action is, therefore, appropriately subject to summary dismissal. *See*, *e.g.*, *Lowe v. Hustetler*, No. 89-5996, 1990 WL 66822 (6th Cir. May 21, 1990).

Accordingly, this action is dismissed under section 1915(e). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

       /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 4/13/15